No. 96–947. DERAMUS, INDIVIDUALLY AND AS ADMINISTRA-
TRIX OF THE ESTATE OF DERAMUS, DECEASED v. JACKSON NA-
TIONAL LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 96–948. BLANCHARD ET AL. v. WILLIAMS, INC., ET AL.
C. A. 5th Cir. Certiorari denied.

No. 96–949. NEAL v. UNITED STATES. C. A. 6th Cir. Certio-
rari denied.

No. 96–950. ORTIZ v. JOHN O. BUTLER CO. C. A. 7th Cir.
Certiorari denied.

No. 96–951. FIRSDON ET UX. v. INTERNAL REVENUE SERVICE.
C. A. 6th Cir. Certiorari denied.

No. 96–952. ARCHULETA v. CITY OF FARMINGTON. Ct. App.
N. M. Certiorari denied.

No. 96–953. SKRZYPCZAK v. KAUGER ET AL. C. A. 10th Cir.
Certiorari denied.

No. 96–955. AFANEH v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied.

No. 96–956. CITIZENS' UTILITY RATEPAYER BOARD v. KANSAS
PIPELINE PARTNERSHIP. Ct. App. Kan. Certiorari denied.

No. 96–960. WASZAK v. PASADENA CITY COLLEGE. Ct. App.
Cal., 2d App. Dist. Certiorari denied.

No. 96–961. TONNELLE AVENUE BOOKS & VIDEO, INC. v. TOWN-
SHIP OF NORTH BERGEN ET AL. Super. Ct. N. J., App. Div. Cer-
tiorari denied.

No. 96–963. GOINS v. UNITED STATES. C. A. Armed Forces.
Certiorari denied.

No. 96–965. UNITED STATES EX REL. HOPPER v. ANTON ET AL.
C. A. 9th Cir. Certiorari denied.

No. 96–966. MCNEMAR v. DISNEY STORES, INC. C. A. 3d Cir.
Certiorari denied.